**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 16, 2015

Hon. Tracy J. Willi
Bankston & Richardson
400 West 15th Street, Suite 710
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. Robert Anderson
Anderson, Lehrman, Barre & Maraist, LLP
Gaslight Square
1001 3rd Street, Suite 1
Corpus Christi, TX 78404
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00158-CV
Tr.Ct.No.  S-13-5317CV-B
Style:    Melissa Marie Garcia v. David R. De Jesus

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

*Cecile Foy Gsanger*

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:    156th District Court (DELIVERED VIA E-MAIL)
       Hon. Laura M. Miller, San Patricio County District Clerk (DELIVERED VIA E-MAIL)